UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AMMAR ATALLAH SALAH                     CASE NO.  1:26-CV-00907 SEC P
BARHAM-CHAVEZ #A242-204-820

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

WARDEN, ET AL.                          MAGISTRATE JUDGE DAVID J. AYO

## MEMORANDUM ORDER

Before the Court is a petition for writ of habeas corpus filed by *pro se* petitioner Ammar Atallah Salah Barham-Chavez, ("Petitioner"), pursuant to 28 U.S.C. §2241.  [Doc. 5]. Petitioner is an immigration detainee at the River Correctional Center in Ferriday, Louisiana. He was taken into immigration custody on or about March 12, 2026.  [Doc. 5 at 4].

Petitioner challenges his immigration detention and lack of an individualized custody review.  He seeks his release from detention or, alternatively, a bond/custody hearing.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018).

Accordingly, to determine whether Petitioner is entitled to relief;

**THE CLERK IS DIRECTED** to serve a summons, a copy of the Petition [Doc. 5], and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; and (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Petitioner is detained.

**IT IS ORDERED** that a Response be filed within **28 days** following the date of service on the United States Attorney for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that Petitioner shall have 14 **days** following the filing of Respondents' answer to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED** in Chambers on this 4th day of June 2026.

David J. Ayo
United States Magistrate Judge