**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

AMMAR ATALLAH SALAH BARHAM-CHAVEZ — CIVIL ACTION NO. 1:26-0907-P

VERSUS — JUDGE S. MAURICE HICKS, JR.

WARDEN, ET AL. — MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 2nd day of October, 2026.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**